UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* **

| | |
|---|---|
| ROBERT EARL JONES, | ) |
| Plaintiff, | ) CASE NO.: 3:13-CV-00187-RCJ-WGC |
| v. | ) O R D E R |
| SHERYL FOSTER, *et al.*, | ) |
| DefendantS. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #27) entered on December 24, 2014, in which the Magistrate Judge recommends the Court deny Plaintiff's Motion for Preliminary Injunction ( ECF #16). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #27).

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction ( ECF #16) is DENIED.

IT IS SO ORDERED this 12th day of January, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE